```
Geoffrey Wilson
10580 N. McCarran Blvd.
Suite 115 - 332
Reno, NV 89503
Phone: (775) 787-0378
Fax: (866) 595-6238
e-mail: trusteegeoffrey@yahoo.comGeoffrey Wilson
```

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

IN RE:                                    Case No: BK-N-10-52719-GWZ
                                          Chapter 7
PHENICIE, MEL LINDSEY
                                          **TRUSTEE'S NOTICE OF INTENT**
                                          **TO ABANDON REAL PROPERTY**

                                          **Hearing Date:  No hearing will be held unless**
                                          **requested**
_____
                Debtor(s).

_____/

    Geoffrey Wilson, chapter 7 trustee, hereby gives notice of his intent to abandon the estate's interest in real property.  This Notice is given in accordance with F.R.Bankr.P. 6007(a) which provides, generally:

> Unless otherwise directed by the court, the trustee shall give notice of a proposed abandonment of property to the United States trustee, all creditors, and committees appointed.  A party in interest may file and serve an objection within 15 days of the mailing of the notice or within the time fixed by the court.  If a timely objection is made, the court shall set a hearing on notice to the United States trustee and other entities as the court may direct.

 The Trustee's intent to abandon is based upon the following:

1. This case was filed as a Chapter 7 case on 07/12/10.

2. Trustee Wilson was appointed as the Chapter 7 Trustee on 07/12/10.

3. Included in the listing of assets owned by the Debtors is the real property commonly known as Home at 4955 Quince Ave. Silver Springs, NV 89429 ("Real Property").

4. Section 554 of the Code permits a trustee to abandon property of the estate that is burdensome and of inconsequential value. The property which the Trustee intends to abandon is burdensome and of inconsequential value.  The property is valued on the debtor's petition at $70,000 with secured debt of $182,000.  In addition the debtor claims a $70,000

-1-

homestead exemption.

**IF A HEARING IS NOT REQUESTED TIMELY BY A PARTY IN INTEREST, THE TRUSTEE WILL ABANDON REAL PROPERTY COMMONLY REFERRED TO AS** 4955 Quince Ave. Silver Springs, NV 89429**.**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to LR 9014.1, the court will consider this motion, objection, or other matter without further notice of hearing unless a party in interest files an objection within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you may file your objection at the bankruptcy clerk's office located in Las Vegas at the United States Bankruptcy Court, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101 or in Reno at the United States Bankruptcy Court, 300 Booth Street, Reno, NV 89509, and serve a copy on the movant's attorney and any other appropriate persons.

It is the duty of the objecting party to timely set the objection for a hearing and properly notice all parties in interest. If you do not file an objection within the time permitted, an order granting the requested relief may be entered by the court without further notice or hearing.

Dated: October 6, 2010.

/S/ Geoffrey Wilson
  Geoffrey Wilson, Trustee